

ORIGINAL

FILED

08/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0195

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0195

IN RE THE MARRIAGE OF:

TIFFANEY GRIGG,

      Petitioner and Appellee,

and

PETER GRIGG,

      Respondent and Appellant.

FILED

AUG 17 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant has filed a second 30-day motion for extension time to file a revised opening brief in the captioned matter. On July 2, 2021, Appellant's brief was sent back for deficiencies, and Appellant was given until July 22 to file the revised brief. Appellant filed a motion for extension of time and was given until August 23, 2021, to file the opening brief. The Court ordered that no further extensions would be granted.

IT IS HEREBY ORDERED that Appellant's second motion for a 30-day extension of time is DENIED. Appellant shall have until September 7, 2021, within which to file his opening brief.

The Court will not entertain any further extensions. If the brief has not been filed by September 7, 2021, this matter will be dismissed with prejudice.

DATED this 17th day of August, 2021.

For the Court,

_____
Chief Justice